**Paul AUSTIN, Appellant**

v.

**Jeffrey A. BEARD, Commissioner, Department of Corrections, Commonwealth of Pennsylvania, Rhonda Bell, Inmate Accountant SCRF—Mercer and Clerk of Courts, Lawrence County Justice Center, Appellees.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

*ORDER*

PER CURIAM:

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.

**Manuel M. CABRAL, III, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

*ORDER*

PER CURIAM:

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.